**Order entered July 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00036-CV

**SEIKILOS HOLDINGS, LLC, ET AL., Appellants**

**V.**

**EDWARD "LANNY" HOULLION, INDIVIDUALLY AND
AS GENERAL PARTNER OF HOULLION FAMILY, LP, ET AL., Appellees**

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-13053**

## ORDER

We **GRANT** the July 6, 2015 motion of Vielica Dobbins, Official Court Reporter for the

134th Judicial District Court, for an extension of time to file the reporter's record. The reporter's

record shall be filed by **JULY 31, 2015**.

/s/     ELIZABETH LANG-MIERS
           JUSTICE